IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RICHARD ELESON, | No. C 15-3206 WHA (PR) |
| Plaintiff, | **ORDER REVOKING IN FORMA PAUPERIS STATUS** |
| v. | |
| JUDGE LELAND DAVIS III; KAMALA HARRIS, | |
| Defendants. | |

Plaintiff, a California prisoner, filed this pro se civil rights action pursuant to 42 U.S.C. 1983 in which he was granted leave to proceed in forma pauperis. The complaint was dismissed, and plaintiff appealed. Pursuant to the referral notice from the United States Court of Appeals for the Ninth Circuit, the appeal is determined to be frivolous, and plaintiff's in forma pauperis status is **REVOKED**. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Clerk shall transmit a copy of this order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: August __31__, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE